**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6580**

---

SOTEROS COCALIS,

                                        Petitioner - Appellant,

        versus

JOE HAMILTON; CARLA OKONEK; MIKE EASLEY,

                                        Respondents - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-99-87-5-H)

---

Submitted: June 15, 2000                    Decided: June 26, 2000

---

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Nora Henry Hargrove, Wilmington, North Carolina, for Appellant. Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Soteros Cocalis appeals the district court's judgment order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. We do not review the merits of Cocalis' claim that his protection against double jeopardy was violated by the imposition of a drug tax and a conviction and sentence based upon the same drugs because the state court invoked a state procedural bar rule in disposing of this claim. See Harris v. Reed, 489 U.S. 255, 264 n.10 (1989). As to Cocalis' remaining claims, we agree with the district court's reasoning. See Cocalis v. Hamilton, No. CA-99-87-5-H (E.D.N.C. Mar. 15, 2000). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2